Case: 1:09-cv-04914 Document #: 89-1 Filed: 09/02/10 Page 1 of 3 PageID #:896

Daniel v. City of Chicago  Darmika Daniel                    3/26/2010
Real-Time Reporters, Inc.

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARMIKA DANIEL, DERRICK      )
DANIEL, as father and next   )
best friend of D.D. and      )
D.D., JR., minors,           )
                             ) No. 09 C 4914
          Plaintiffs,        )
                             )
    vs.                      )
                             )
CITY OF CHICAGO, et al.,     )
                             )
          Defendants.        )

    The deposition of DARMIKA NIKIYA DANIEL, taken in the above-entitled cause, before Angela M. Ingham, a Notary Public within and for the County of Cook and State of Illinois, and a Certified Shorthand Reporter of said state, taken pursuant to the Federal Rules of Civil Procedure for the United States District Court, at 111 West Washington Street, Chicago, Illinois, on the 26th day of March, 2010, at the hour of 1:30 p.m.

Case: 1:09-cv-04914 Document #: 89-1 Filed: 09/02/10 Page 2 of 3 PageID #:897
Daniel v. City of Chicago Darmika Daniel         3/26/2010
Real-Time Reporters, Inc.

Page 30

1   A.   I began to record what was going on.
2   Q.   And how did you record what was going on?
3   A.   With my cell phone.
4   Q.   Where was your cell phone?
5   A.   My cell phone was in my hand.
6   Q.   So you got out of the car; you had the car
7   door open; you had your cell phone in your hand
8   also?
9   A.   Yes, I did.
10  Q.   What hand did you have your cell phone in?
11  A.   In my right hand.
12  Q.   And were you able to record anything?
13  A.   Yes, I was.
14  Q.   And when you said you were trying to
15  record what was going on, what exactly were you
16  trying to record?
17  A.   The conversation with myself and the
18  officers as well as the search that they were doing
19  with my brothers -- or with Derrick and Delorean
20  Daniel.  I do apologize.
21  Q.   So when you arrived on the scene and got
22  out of the car and received the attention of the
23  officers, were they still searching?
24  A.   Yes, they were.

Case: 1:09-cv-04914 Document #: 89-1 Filed: 09/02/10 Page 3 of 3 PageID #:898
Daniel v. City of Chicago  Darmika Daniel                          3/26/2010
Real-Time Reporters, Inc.

Page 31

1   Q.   Who was still searching?
2   A.   Both officers each had one of the
3   plaintiffs.
4   Q.   So when police officer 2 came to speak
5   with you, was police officer 1 still searching one
6   of either Derrick or Delorean?
7   A.   Police officer 1 was still by their car.
8   Because police officer 2 and myself were speaking
9   to each other, I can't necessarily say if he was
10  still conducting a search.
11  Q.   Okay. So you said you and police officer
12  2 were speaking with each other. Were you all
13  speaking to each other calmly?
14  A.   No. I was calm at first because I wanted
15  to get an understanding of what was going on.
16  Police officer 2 was very aggressive. As he spoke
17  to me, he spat in my face; and I asked him not to
18  do so. In the end, the mood of the conversation
19  did change. It did become, you know, with both of
20  us being aggressive towards one another.
21  Q.   Okay. So he walked up to you?
22  A.   To my vehicle.
23  Q.   To your vehicle. He began, as you said,
24  allegedly yelling and yelling profanities toward